DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| | | | |
|---|---|---|---|
| 158P06-13 | State v. Derrick D. Boger | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied |
| | | 2. Def's *Pro Se* Motion for Writ for En Banc | 2. Denied **05/30/2017** |
| | | 3. Def's *Pro Se* Petition for *Writ of Mandamus* | 3. Denied |
| 171A17 | State v. Daryl Williams | 1. State's Motion for Temporary Stay (COA16-684) | 1. Allowed **06/01/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 173P17 | State v. Melvin Leroy Fowler | 1. State's Motion for Temporary Stay | 1. Allowed **06/05/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 175P17 | In the Matter of T.K. | 1. State's Motion for Temporary Stay (COA16-1047) | 1. Allowed **06/05/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 219P16 | Yili Tseng v. Harold Martin, Individually and as Chancellor of North Carolina A&T State University, Benjamin Uwakweh, Individually and as Dean of North Carolina A&T State University, and North Carolina A&T State University | Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-739) | Denied |
| 264P16 | In the Matter of Appeal of Corning Incorporated from the decisions of the Cabarrus County Board of Equalization and Review concerning the valuations of certain real property for tax years 2012 and 2013 | Cabarrus County's PDR Under N.C.G.S. § 7A-31 (COA15-954) | Denied |